

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00248-CR

Michael Cesar **FERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13555
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 1, 2020.

_____
Patricia O. Alvarez, Justice